■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO LOPEZ, Appellant. [54 NYS3d 577]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J.), rendered July 7, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed

from be and the same is hereby affirmed. Concur—Friedman, J.P., Webber, Gesmer and Kern, JJ.